UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| LINDA CONASTER and DANNY CONASTER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) NO. 2:17-cv-00023 ) CHIEF JUDGE CRENSHAW ) |
| FENTRESS COUNT, TENNESSEE, et al., | ) ) ) |
| Defendants. | ) ) |

### ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 78) recommending that the Defendants' Motion for Attorney's Fees (Doc. No. 69) be denied and the Plaintiffs' objection to the Defendants' bill of costs be overruled. No objections have been filed to the Report and Recommendation. Having undertaken a <u>de novo</u> review, the Court agrees with the recommended disposition.

Accordingly, the Report and Recommendation is **APPROVED AND ADOPTED**, the Defendants' Motion for Attorney's Fees is **DENIED**, Plaintiffs' objection to the Defendants' bill of costs is **OVERRULED** and costs in the amount of $3,008.85 are **TAXED** against Plaintiffs.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1